01

02

03                                    UNITED STATES DISTRICT COURT
                                  WESTERN DISTRICT OF WASHINGTON
04                                            AT SEATTLE

05   SAM STRIKER, CHUCK MUNSON,           )   CASE NO. C08-0194-RSM
     and LINDA LUI,                       )
06                                        )
                                          )
           Plaintiffs,                    )
07                                        )   ORDER DENYING REQUEST TO
           v.                             )   PROCEED *IN FORMA PAUPERIS*
08                                        )
     ERICKA GIRON, et al.,                )
09                                        )
           Defendants.                    )
10   _____  )

11         Plaintiff Sam Striker filed an *in forma pauperis* (IFP) application. (Dkt. 1.)  However, it

12   appeared that he may have sufficient funds in a savings account to pay the Court filing fee, and

13   neither of the two other named plaintiffs completed IFP applications.  Additionally, there does not

14   appear to be any basis for jurisdiction in this court. The Court advised plaintiffs of the above and

15   directed them to submit three individual IFP applications and an amended complaint within twenty

16   days of February 14, 2008. (Dkt. 2.)  To date, the Court has not received the requested forms.

17   Accordingly, plaintiffs' request to proceed IFP is hereby DENIED.  This action shall only proceed

18   if plaintiffs pay the applicable filing fee within **thirty (30)** days after entry of this Order.

19         DATED this 10th day of March, 2008.

20

21                                             _____
                                               Mary Alice Theiler
                                               United States Magistrate Judge
22

ORDER DENYING REQUEST TO
PROCEED *IN FORMA PAUPERIS*
PAGE -1